**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**DULUTH, MISSABE AND IRON RANGE SYSTEM DIVISION OF THE BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES,**

**Plaintiff,**

**v.**

**DULUTH, MISSABE AND IRON RANGE RAILWAY COMPANY,**

**Defendant.**

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**Case No. 00-1087 DWF/RLE**

The parties, through their respective undersigned counsel, do hereby stipulate to dismissal of this action without prejudice pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

CHARLES A. COLLINS, P.A.

By [signature]
Charles A. Collins
Attorneys for Plaintiff
411 Main Street, Suite 410
St. Paul, MN 55102
651-225-1125

Dated: October ___, 2000.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Patricia Ann Burke
Attorneys for Defendant
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
612-340-7900

SIDLEY & AUSTIN
Jeffrey S. Berlin
Attorneys for Defendant
1722 Eye Street, N.W.
Washington, D.C. 20006
(202) 736-8178

Dated: October 10, 2000

241363-1

FILED OCT 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD OCT 18 2000
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed without prejudice and without cost to any party and judgment may be entered accordingly.

BY THE COURT:

DATED: Oct 18, 2000.

JUDGE OF DISTRICT COURT