# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Duluth, Missabe and Iron Range
System Division of the
Brotherhood of maintenance
of Way Employees

Plaintiff

v.

Duluth, Missabe and Iron Range
Railway Company

Defendants

Case No. Civil 00-1087 DWF/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the action is dismissed without prejudice and without costs to any party.

DATE: OCT 18 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk